

207 So.2d 539

**Merlin R. and Joy C. ROMIG et al.**

**v.**

**Ashton J. MOUTON, Collector of Revenue.**

**No. 49101.**

March 8, 1968.

Writ refused. The result is correct.

SANDERS, J., is of the opinion that a writ should be granted for a decision of this important tax question.

BARHAM, J., is also of the opinion that the writ should be granted.

207 So.2d 539

**Joseph Walter GAYLE et al. and
Magee Martin et al.**

**v.**

**DEPARTMENT OF HIGHWAYS et al.**

**No. 49104.**

March 8, 1968.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.

207 So.2d 539

**Joseph Walter GAYLE et al. and
Magee Martin et al.**

**v.**

**DEPARTMENT OF HIGHWAYS et al.**

**No. 49105.**

March 8, 1968.

Application not considered. Applicants did not petition for a rehearing in the Court of Appeal.